UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STANLEY ROZYNSKI** | : | CIVIL ACTION NO. |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **HARTFORD HOSPITAL AND** | : | |
| **HARTFORD HEALTHCARE CORP.** | : | |
|     Defendants. | : | APRIL 5, 2023 |

### NOTICE OF REMOVAL OF CIVIL ACTION TO
### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF CONNECTICUT

Pursuant to 28 U.S.C. § 1441, defendants Hartford Hospital and Hartford HealthCare Corp. ("Defendants"), submits this Notice of Removal, removing the action currently pending in the Superior Court for the State of Connecticut, Judicial District of Hartford at Hartford. In support of this Notice, Defendants provide the following as grounds for removal.

1. On April 3, 2023, a complaint was filed against Defendants in the Superior Court of the State of Connecticut, Judicial District of Hartford, entitled Stanley Rozynski v. Hartford Hospital et al., Case No. HHD-CV23-6167348-S.

2. A copy of the complaint was first served on Defendants on March 27, 2023. Attached hereto as Exhibit A are copies of all process and pleadings heretofore filed in the state court action and served upon Defendants.

3. Pursuant to 28 U.S.C. § 1441(b), Defendants have timely filed this Notice of Removal within thirty (30) days of service.

4. This Notice of Removal is based upon U.S.C. § 1441(b), which provides that any civil action of which the district court has original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States, shall be removable to the District Court of the United States.

5. This Court has original jurisdiction, herein, pursuant to 28 U.S. § 1331, as a result of federal question jurisdiction because Plaintiff's Complaint includes a claim predicated on his rights under the First Amendment of the United States Constitution. (See Compl., Count III.)

6. The Second Circuit has held that causes of action arising under Conn. Gen. Stat. § 31-51q may implicate a federal question if the claim is based on speech protected by the United States Constitution. See Bracey v. Board of Educ. City of Bridgeport, 368 F.3d 108, 115-116 (2d Cir. 2004). In this instance, like in Bracey, Plaintiff pled that he "engaged in speech protected by the First Amendment to the United States Constitution." (Compl. ¶ 70). See also Mumma v. Pathway Vet All., LLC, No. 3:20-cv-00926 (TOF), 2023 WL 34666, at *5 (D. Conn. Jan. 4, 2023) ("The Court does, however, have federal question jurisdiction over her Section 31-51q claim to the extent that it is founded on the First Amendment to the United States Constitution").

7. Accordingly, because plaintiff predicated his Section 31-51q claim on the First Amendment to the United States Constitution, the District Court has federal question jurisdiction over the action. See also; Manning v. Cmty. Solutions, Inc., No. 3:20-cv-337 (VAB), 2022 WL 2791858, at *12 n. 8 (D. Conn. July 15, 2022) (noting that the Court has

federal question jurisdiction over case removed from state court on basis of Section 31-51q claim).

8. Pursuant to 28 U.S.C. § 1367, the District Court also has supplemental jurisdiction over state law claims that "form part of the same case or controversy" with "any civil action over which the district courts have original jurisdiction." 28 U.S.C. § 1367(a). Thus, the District Court has supplemental jurisdiction over Plaintiff's state law claims.

9. Defendants file herewith as Exhibit B, a copy of the notice of removal that was filed with the Superior Court of the State of Connecticut, Judicial District of Hartford.

**WHEREFORE,** Defendants respectfully request that the action now pending against it in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, be removed to this Court pursuant to 28 U.S.C. § 1441 *et seq.*

DEFENDANTS,
HARTFORD HOSPITAL AND
HARTFORD HEALTHCARE CORP.


By: */s/ Peter J. Murphy*
    Peter J. Murphy (ct26825)
    Sarah N. Niemiroski (ct31281)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5316
    pjmurphy@goodwin.com
    sniemiroski@goodwin.com
Their Attorneys.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2023, a copy of the foregoing Notice of Removal of Civil Action to the United States District Court for the District of Connecticut was mailed, via U.S. mail, postage prepaid, and sent via email to:

Elizabeth K. Adams  
The Adams Law Firm, P.C.  
41B New London Turnpike, Suite 7C  
Glastonbury, CT 06033  
eadams@ekadamslaw.com

                                      */s/ Peter J. Murphy*  
                                      Peter J. Murphy